# Order

Michigan Supreme Court
Lansing, Michigan

December 27, 2017

155301

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NATHON JAMES ELZER,
      Defendant-Appellant.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 155301
COA: 334143
Grand Traverse CC:
13-011705-FC

On order of the Court, the application for leave to appeal the December 21, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk

d1218